**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL MCGONIGAL, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SEARS ROEBUCK AND CO.,** | : | **NO. 07-CV-4115** |
| **Defendant** | : | |

## ORDER

AND NOW, this 16th of July, 2009, upon consideration of motion for reconsideration of ruling on defendant's proposed amendments to June 23, 2009 draft jury instructions , it is hereby ORDERED that defendant's motion is DENIED for the reasons stated in the accompanying Memorandum Opinion.

BY THE COURT:


\s\ TIMOTHY R. RICE
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge